■ GOVERNMENT EMPLOYEES INSURANCE COMPANY, Appellant, v CHRYSLER INSURANCE COMPANY, Respondent. (Appeal No. 2.) [682 NYS2d 366] —Appeal unanimously dismissed without costs (*see, Matter of Kolasz v Levitt*, 63 AD2d 777, 779). (Appeal from Amended Judgment of Supreme Court, Erie County, Burns, J.—Declaratory Judgment.) Present—Green, J. P., Pine, Wisner, Balio and Boehm, JJ.